IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD RAY GILBERT<br># B06007,<br><br>      Plaintiff,<br><br>vs.<br><br>C/O KENYTON,<br>JOHN KOLEMAN, and<br>TED HOLDER,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 16-cv-01111-JPG<br>)<br>)<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

  This matter is now before the Court for preliminary review of Plaintiff Donald Gilbert's complaint (Doc. 1). Upon review of the complaint, the notice filed by Plaintiff on November 18, 2016 (Doc. 6), and the pleadings and orders filed in *Gilbert v. Kenyton*, Case No. 16-cv-00460-JPG-SCW (S.D. Ill. 2016) ("related action"), it is clear that Plaintiff meant to file the complaint in this case as an amended complaint in the related action (despite his failure to label the complaint as an amended one and use the case number for that action). For that reason, this case shall be closed without the imposition of a filing fee, all pending motions in this action will be denied, and a copy of the pleading identified in this action as the complaint (Doc. 1) shall be returned to Plaintiff. Consistent with Judge Williams' Order filed on October 7, 2016 in the related action, should Plaintiff seek to amend his original complaint in that action, he must file a motion to amend in that action as well as a proposed amended complaint that includes both his new and old allegations, and underlines the new allegations. If Plaintiff elects to do this, he should also include the appropriate case number on the motion and amended complaint.

The **CLERK** is directed to **CLOSE** this case.  No filing fee is assessed for this action. Further, the **CLERK** is directed to return a copy of the pleading identified in this action as the complaint (Doc. 1) to Plaintiff along with this order.

**IT IS SO ORDERED.**

**DATED: November 21, 2016**

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**United States District Judge**
